UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GAIL SPEARS and REVITAL YOGEV, individuals, on behalf of themselves, the general public, and those similarly situated,

Plaintiffs,

v.

THE CAMPBELL'S COMPANY; WM. BOLTHOUSE FARMS, INC.; GENEROUS BRANDS LLC; and PACIFIC FOODS OF OREGON LLC,

Defendants.

Case No. 3:26-cv-02385

*Hon. Thomas S. Hixson*

~~[PROPOSED]~~ **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT AND SET BRIEFING SCHEDULE**

Complaint Filed:       March 18, 2026
Complaint Served:      March 23, 2026
Current Response Date:  April 13, 2026
New Response Date:     May 15, 2026

The Court having reviewed the Parties' Stipulation to Extend Time to Respond to Class Action Complaint and Set Briefing Schedule ("Stipulation"), and having found good cause therefore, hereby GRANTS the Stipulation and ORDERS that (1) Defendants deadline to respond to the Complaint is extended up to and through May 15, 2026; (2) Plaintiff's opposition to any motion filed by Defendants in lieu of a responsive pleading must be filed and served on or before June 19, 2026; and (3) Defendants' reply in support of such motion must be filed and served on or before July 8, 2026.

**IT IS SO ORDERED.**

Dated:  April 30, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge