# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

GAIL SPEARS and REVITAL YOGEV, individuals, on behalf of themselves, the general public, and those similarly situated,

Plaintiff,

vs.

THE CAMPBELL'S COMPANY; WM. BOLTHOUSE FARMS, INC.; GENEROUS BRANDS LLC; and PACIFIC FOODS OF OREGON LLC

Defendant.

CASE NO.  3:26-cv-02385-TSH

Hon. Thomas S. Hixson

**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND SET BRIEFING SCHEDULE**

**ORDER**

Having considered Plaintiffs Gail Spears' and Revital Yogev's (collectively, "Plaintiffs") and Defendants Wm. Bolthouse Farms, Inc.'s and Generous Brands LLC's (collectively, "Defendants") Stipulation to Extend Time to Respond to Complaint and Set Briefing Schedule (the "Stipulation"), the Court **GRANTS** the Stipulation.

**IT IS HEREBY ORDERED** that the Stipulation is approved and that the briefing schedule is modified as follows:

1. The deadline for Defendants to respond to the Complaint is May 15, 2026.

2. The deadline for Plaintiffs to oppose any motion to dismiss filed by Defendants is June 19, 2026.

3. The deadline for Defendants to reply in support of such motion to dismiss is July 8, 2026.

**IT IS SO ORDERED.**

Dated: April 30, 2026__

_Honorable Thomas S. Hixson_