SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
JAY T. RAMSEY, Cal Bar No. 273160
P. CRAIG CARDON, Cal Bar No. 168646
1901 Avenue of the Stars, 16th Floor
Los Angeles, CA 90067
Telephone:     (310) 228-3700
Facsimile:     (310) 228-3701
Email:         jramsey@sheppard.com
               ccardon@sheppard.com

DANE C. BRODY CHANOVE, Cal Bar No. 345843
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone:     (415) 434-9100
Facsimile:     (415) 434-3947
Email:         dbrodychanove@sheppard.com

JULIA C. ANDERSON, Cal Bar No. 353164
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     (858) 720-8900
Facsimile:     (858) 509-3691
Email:         juanderson@sheppard.com

Attorneys for Defendants
THE CAMPBELL'S COMPANY and PACIFIC
FOODS OF OREGON LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL SPEARS and REVITAL YOGEV, individuals, on behalf of themselves, the general public, and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE CAMPBELL'S COMPANY; WM. BOLTHOUSE FARMS, INC.; GENEROUS BRANDS LLC; and PACIFIC FOODS OF OREGON LLC, <br><br> Defendants. | Case No. 3:26-cv-02385 <br><br> **STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT AND SET BRIEFING SCHEDULE** <br><br> Complaint Filed:     March 18, 2026 <br> Complaint Served:     March 23, 2026 <br> Current Response Date:     May 15, 2026 <br> New Response Date:     May 29, 2026 |

-1-                                     Case No. 4:26-cv-02385

**TO THE HONORABLE COURT:**

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Gail Spears and Revital Yogev (collectively, "Plaintiffs") and Defendants The Campbell's Company; Pacific Foods of Oregon, LLC; and Wm. Bolthouse Farms, Inc. dba Generous Brands (collectively, "Defendants") (together, the "Parties), by and through their undersigned counsel of record, stipulate as follows:

WHEREAS, on March 18, 2026, Plaintiffs filed the operative Class Action Complaint (the "Complaint") in the above-referenced action against Defendants in the United States District Court for the Northern District of California;

WHEREAS, on March 23, 2026, Plaintiffs served the Complaint in the above-captioned action on Defendants;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants' deadline to respond to the Complaint was April 13, 2026;

WHEREAS, Plaintiffs granted an extension to Defendants to respond to the Complaint up to and through May 15, 2026.

WHEREAS, the Parties have identified a misjoinder of parties, which Plaintiffs are in the process of addressing;

WHEREAS, the Parties agree that it would serve efficiency interest and preserve judicial and party resources to continue Defendants' deadline to respond to Plaintiffs' Complaint by an additional fourteen (14) days;

WHEREAS, Defendants request, and Plaintiffs have agreed, to seek from the Court an extension for Defendants to respond to the Complaint from May 15, 2026 up to and through May 29, 2026;

WHEREAS, the Parties further agree that Plaintiffs' opposition to any motion filed by Defendants in lieu of a responsive pleading must be filed and served on or before July 6, 2026;

WHEREAS the Parties further agree that Defendants' reply in support of such motion must be filed and served on or before July 26, 2026;

THEREFORE based on the facts set forth in the above recitals, the Parties jointly stipulate and agree to the following:

SMRH:4938-0429-3022    STIPULATION TO FURTHER EXTEND TIME TO RESPOND AND SET BRIEFING SCHEDULE

1. Defendants' deadline to respond to the Complaint is extended up to and through May 29, 2026;

2. Plaintiffs' opposition to any motion filed by Defendants in lieu of a responsive pleading must be filed and served on or before July 6, 2026; and

3. Defendants' reply in support of such motion must be filed and served on or before July 26, 2026.

**IT IS SO STIPULATED**.

Case No. 4:26-cv-02385

SMRH:4938-0429-3022

STIPULATION TO FURTHER EXTEND TIME TO RESPOND AND SET BRIEFING SCHEDULE

Dated:  May 13, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By           */s/ Jay T. Ramsey*
JAY T. RAMSEY
P. CRAIG CARDON
DANE C. BRODY CHANOVE
JULIA C. ANDERSON

Attorneys for Defendants
THE CAMPBELL'S COMPANY and PACIFIC
FOODS OF OREGON LLC

Dated:  May 13, 2026

GREENBERG TRAURIG, LLP

By           */s/ Heather J. Silver*
HEATHER J. SILVER

Attorneys for Defendants
WM. BOLTHOUSE FARMS, INC. DBA
GENEROUS BRANDS

Dated:  May 13, 2026

GUTRIDE SAFIER LLP

By           */s/ Seth A. Safier*
SETH A. SAFIER
MARIE A. MCCRARY
TODD KENNEDY

Attorneys for Plaintiffs
GAIL SPEARS and REVITAL YOGEV

-4-          Case No. 4:26-cv-02385

SMRH:4938-0429-3022    STIPULATION TO FURTHER EXTEND TIME TO RESPOND AND SET BRIEFING
SCHEDULE

## **SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i), I hereby attest that signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  May 13, 2026

By    _____
                    */s/ Jay T. Ramsey*
                    JAY T. RAMSEY

-5-                                                                    Case No. 4:26-cv-02385

**ORDER**

The Court having reviewed the Parties' Stipulation to Further Extend Time to Respond to Class Action Complaint and Set Briefing Schedule ("Stipulation"), and having found good cause therefore, hereby GRANTS the Stipulation and ORDERS that (1) Defendants deadline to respond to the Complaint is extended up to and through May 29, 2026; (2) Plaintiffs' opposition to any motion filed by Defendants in lieu of a responsive pleading must be filed and served on or before July 6, 2026; and (3) Defendants' reply in support of such motion must be filed and served on or before July 26, 2026.

**IT IS SO ORDERED.**

Dated:  May 13, 2026

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge

Case No. 4:26-cv-02385

SMRH:4938-0429-3022

STIPULATION TO FURTHER EXTEND TIME TO RESPOND AND SET BRIEFING SCHEDULE