Your Name: Rezolve Ai PLC
Address: 499 Park Avenue, Suite 1003
New York, New York 10022
Phone Number: 917-681-1582
Email Address: rezolvelegal@rezolve.com
Pro Se

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Division [check one]: ■ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka-McKinleyville

| | |
|---|---|
| MELVIN COLEMAN, GAIL SPEARS, and REVITAL YOGEV<br><br>Plaintiff,<br><br>v.<br><br>THE CAMPBELL'S COMPANY and PACIFIC FOODS OF OREGON LLC<br><br>Defendant. | Case No. 3:26-cv-02385-TSH<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER RE** Extension of Time for Third-Party Defendant to Respond<br><br>Judge: Hon. Thomas S. Hixson |

Explain the current status: Third-Party Defendant RezolveAI PLC's deadline to move, answer, or otherwise respond to the Third-Party Complaint was November 16, 2026. The parties stipulate that the deadline be extended through and including December 9, 2026. This is the first requested extension of RezolveAI PLC's deadline to respond to the Third-Party Complaint.

Explain the reason for the change: Third-Party Defendant RezolveAI PLC recently learned that its intellectual property counsel is unable to represent it in this action due to a conflict of interest. Rezolve Ai PLC is currently in the process of retaining replacement counsel and therefore requests an extension to respond to the Third-Party Complaint. Counsel for The Campbell's Company and Pacific Foods of Oregon LLC have consented to and stipulated to the requested extension.

The parties agree as follows [list all changes proposed]:

- The deadline for Third-Party Defendant RezolveAI PLC to respond is extended from November
- 16, 2026 to December 9, 2026
- 
- 
- 

Respectfully submitted,

Date: November 18, 2026 Signature: /s/ Frederick J. Onorato, Esq.

Print Name: Frederick J. Onorato, Esq.

Pro Se General Counsel RezolveAi PLC

Admitted in New York and Connecticut

Date: November 18, 2026 Signature: /s/ Jay T. Ramsey

Print Name: Jay T. Ramsey

Pursuant to the parties' Stipulation, and good cause appearing, the Court orders the following [list all the changes agreed to again]:

- The deadline for Third-Party Defendant RezolveAI PLC to respond is extended from November
- 16, 2026 to December 9, 2026
- 
- 
- 

IT IS SO ORDERED.

Date: November 19, 2026 Judge's Signature

Judge's Name: Thomas S. Hixson
United States Magistrate Judge